# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **RICHARD ANTHONY** | : | **DOCKET NO. 17-cv-0365** |
| **REG. # 44849-074** | | **SECTION P** |
| **VERSUS** | : | **JUDGE ROBERT G. JAMES** |
| **CALVIN JOHNSON, ET AL.** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

After an independent determination of the issues and review of the record, including the petitioner's objections, the Court concludes that the Magistrate Judge's Report and Recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS ORDERED** that the petition for writ of habeas corpus be **DENIED** and **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** in Chambers this 19th day of June, 2018.

_____
**ROBERT G. JAMES**
**UNITED STATES DISTRICT JUDGE**